

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| THE STATE OF TEXAS, | § | No. 08-15-00342-CR |
| State, | § | Appeal from the |
| v. | § | 41st District Court |
| LINDSEY HRADEK, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130D00417) |
|  | § |  |

**O R D E R**

On September 16, 2016, the Court received and filed the supplemental clerk's record as requested in its order issued June 1, 2016. The appeal is therefore reinstated and the State brief is now due October 19, 2016.

IT IS SO ORDERED this 19th day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.